# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victoria Nicole Ladner,<br><br>Plaintiff,<br><br>v.<br><br>RentGrow Incorporated, et al.,<br><br>Defendants. | No. CV-23-00867-PHX-JAT<br><br>**ORDER** |

**IT IS ORDERED** that the Stipulation to Dismiss Defendant RentGrow, Inc., only, (Doc. 36) is granted, with each party to the stipulation at Doc. 36 to bear its own fees and costs. Because RentGrow, Inc. was the last remaining Defendant, the above-entitled matter is hereby dismissed with prejudice in its entirety. The Clerk of the Court shall close this case.

Dated this 20th day of December, 2023.

James A. Teilborg
Senior United States District Judge